340 A.2d 435

**COMMONWEALTH of Pennsylvania**

v.

**Sammie BELCHER, Appellant.**

Supreme Court of Pennsylvania.

Argued May 5, 1975.

Decided July 7, 1975.

J. Richard Oare, Jr., Harrisburg, for appellant.

LeRoy S. Zimmerman, Dist. Atty., Marion E. MacIntyre, Edwin W. Frese, Jr., Deputy Dist. Attys., Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.

OPINION OF THE COURT

PER CURIAM.

Appellant was found guilty of murder in the first degree after a trial by jury. In this appeal he rais-

es two issues.  First, he alleges that the trial judge improperly instructed the jury.  However, trial counsel made no objection to the charge as given, and this first issue, therefore, is beyond  our consideration.  Pa.R. Crim.P. 1119(b), 19 P.S. Appendix, and *Commonwealth v. Clair*, 458 Pa. 418, 326 A.2d 272 (1974).

■  Appellant next argues that the evidence was insufficient as a matter of law to convict him of murder in the first degree.  He contends that the Commonwealth's evidence on the specific intent to kill was deficient. Viewing, as we must, the evidence in a light most favorable to the Commonwealth, we find the evidence presented to be sufficient beyond a reasonable doubt.  *See, e. g. Commonwealth v. Bederka*, 459 Pa. 653, 331 A.2d 181 (1975) ; *Commonwealth v. Hornberger*, 441 Pa. 57, 270 A.2d 195 (1970); and *Commonwealth v. Stukes*, 435 Pa. 535, 257 A.2d 828 (1969).

Judgment of sentence affirmed.